# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                      **Case No.  6:06-cr-118-Orl-31DAB**

**YELENA ALEKSANDROVNA
TELICHENKO**

_____

## ORDER AND NOTICE OF HEARING

In light of Defendant's Motion to Withdraw Plea (Doc. 57), and the government's opposition

thereto (Doc. 59), the court needs to review a transcript of the change of plea hearing.  Accordingly,

it is

**ORDERED** that:

1.      The sentencing and hearing scheduled for February 1, 2007 is hereby CANCELLED.

2.      The government shall obtain a transcript of the change of plea hearing and file same

by February 16, 2007.

3.      A hearing on Defendants Motion will be held at **8:45 A.M.** on **MONDAY,**

**FEBRUARY 26, 2007** in Courtroom #3, George C. Young United States Courthouse and Federal

Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 31, 2007.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Counsel for Defendant
Yelena Aleksandrovna Telichenko